UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Claire C. Cecchi |
| v. | : | Crim. No. 20-710 (CCC) |
| ANTHONY SALTERS | : | **ORDER FOR CONTINUANCE** |

This matter having come before the Court on the joint application of Philip R. Sellinger, United States Attorney for the District of New Jersey (by J Fortier Imbert, Assistant U.S. Attorney), and defendant Anthony Salters (Raymond L. Hamlin, Esq., appearing), for an order granting a continuance of the proceedings in the above-captioned matter; the parties having consented to the entry of seven prior continuances; the Fourth Extension of Standing Order 20-2012 (Standing Order 2021-04) and Standing Order 2021-11 issued by the Honorable Freda L. Wolfson, U.S. Chief District Judge, District of New Jersey, having been filed in this case, ordering, among other things, that the time periods of March 16, 2020 through June 1, 2021 and December 29, 2021 through January 31, 2022, respectively, shall be "excluded time" under the Speedy Trial Act; the defendant being aware that he has the right to have this matter brought to trial within 70 days of the date of his appearance before a judicial officer of this Court pursuant to Title 18, United States Code, Section 3161(c)(1); and the defendant having consented to such continuance and having waived such right; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued or the following reasons:

(1) The discovery in this matter is voluminous and a continuance order is necessary to ensure that, taking into account the exercise of diligence, defense counsel has sufficient time to review and inspect discovery and further investigate the charges in this matter;

(2) The failure to grant a continuance would deny counsel for the defendant and counsel for the Government the reasonable time necessary for effective preparation for trial taking into account the exercise of diligence; and

(3) As a result of the foregoing, pursuant to Title 18, United States Code, Section 3161(h)(7)(A), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS, therefore, on this  30  day of   September  , 2022,

ORDERED that this action be, and hereby is, continued until November 30, 2022, and it is further

ORDERED that the period from the date of this order through November 30, 2022 shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
**HONORABLE CLAIRE C. CECCHI**
**UNITED STATES DISTRICT JUDGE**

Form and entry
consented to:


*/s/ J Fortier Imbert*
J FORTIER IMBERT
Assistant U.S. Attorney


*/s/ Raymond L. Hamlin*
RAYMOND L. HAMLIN, ESQ.
Counsel for defendant Anthony Salters

3